# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MEDINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHANGE HEALTHCARE INC., OPTUM, INC. and UNITEDHEALTH GROUP INCORPORATED,<br><br>Defendants. | CASE NO. 2:24-cv-00766-TLN-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML**<br><br>Assigned to Hon. District Judge Troy L. Nunley |

## ORDER

Having considered the Parties' Joint Stipulation to Stay Proceedings Pending Ruling on Consolidation and Transfer by JPML, the Court **HEREBY ORDERS** as follows:

The Court finds good cause to **GRANT** the Joint Stipulation to Stay Proceedings Pending Ruling on Consolidation and Transfer by JPML pursuant to Local Rule 143. Accordingly, the Court **HEREBY STAYS** all deadlines and proceedings in this matter until further ordered by the Court.

**IT IS SO ORDERED** in this Chambers this 4th day of April, 2024.

Troy L. Nunley
United States District Judge