A true printed copy in __2__ sheet(s)
of the electronic record filed on 6/20/24.
in the United States District Court
for the District of Minnesota.
CERTIFIED, _____June 20 2024_____
Kate M. Fogarty, Clerk
BY: _____
Deputy Clerk

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION**

MDL No. 3108

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −1)

On June 7, 2024, the Panel transferred 4 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 7, 2024, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 20, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION                              MDL No. 3108

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ALABAMA NORTHERN**

| ALN | 5 | 24−00674 | Trinity Medical Center LLC v. Change Healthcare Inc<br>24−cv−2352 DWF/DJF |

**CALIFORNIA EASTERN**

| CAE | 2 | 24−00766 | Medina v. Change Healthcare Inc. et al<br>24−cv−2353 DWF/DJF |

**CALIFORNIA NORTHERN**

| CAN | 3 | 24−01682 | Bay Area Therapy Group a Marriage and Family Counseling<br>Corp. v. Change Healthcare Inc. et al  24−cv−2354 DWF/DJF |
| CAN | 3 | 24−03147 | Mehring, et al v. Patterson Companies, Inc. et al<br>24−cv−2355 DWF/DJF |

**LOUISIANA EASTERN**

| LAE | 2 | 24−01011 | Diagnostic and Interventional Spinal Care of Louisiana, Inc.<br>et al v. UnitedHealth Group Incorporated et al<br>24−cv−2356 DWF/DJF |

**LOUISIANA WESTERN**

| LAW | 3 | 24−00623 | Cardiovascular Diagnostic Center A P M C v. Change<br>Healthcare Inc et al<br>24−cv−2357 DWF/DJF |

**MARYLAND**

| MD | 1 | 24−01204 | Pivot Point Counseling, LLC v. Change Healthcare Inc. et al<br>24−cv−2358 DWF/DJF |

**MISSISSIPPI NORTHERN**

| MSN | 3 | 24−00063 | Advanced Obstetrics & Gynecology PC v. UnitedHealth<br>Group Incorporated et al<br>24−cv−2359 DWF/DJF |

**NEW JERSEY**

| NJ | 3 | 24−04044 | LUXE DENTAL SPA LLC v. CHANGE HEALTHCARE<br>INC. et al  24−cv−2360 DWF/DJF |
| NJ | 3 | 24−04364 | LONNY DAVID MATLICK, D.B.A. LONNY D.<br>MATLICK D.O. v. CHANGE HEALTHCARE INC. et al<br>24−cv−2361 DWF/DJF |

**OKLAHOMA WESTERN**

| | | | |
|---|---|---|---|
| OKW | 5 | 24−00541 | Darek K Ridpath DDS PC et al v. Change Healthcare Inc et al  24-cv-2363 DWF/DJF |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 24−00452 | O'BRADOVICH v. CHANGE HEALTHCARE INC. et al  24-cv-2364 DWF/DJF |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 24−00293 | Herrick v. Change Healthcare Inc. et al  24-cv-2365 DWF/DJF |
| ~~TNM~~ | ~~3~~ | ~~24−00302~~ | ~~Lemke et al v. Change Healthcare Inc. et al~~  Opposed 6/18/2024 |
| TNM | 3 | 24−00312 | Amherst Psychiatric Services v. Change Healthcare Inc  24-cv-2366 DWF/DJF |
| TNM | 3 | 24−00323 | Mt. Rainier Emergency Physicians, PLLC et al v. Change Healthcare Inc  24-cv-2367 DWF/DJF |
| TNM | 3 | 24−00331 | Apex Physical Rehabilitation & Wellness PLLC v. Change Healthcare Inc. et al  24-cv-2368 DWF/DJF |
| TNM | 3 | 24−00337 | Be Well Integrative Health Partners, PLLC v. UnitedHealth Care Group Incorporated et al  24-2369 DWF/DJF |
| TNM | 3 | 24−00339 | Castell v. Change Healthcare Inc. et al  24-2370 DWF/DJF |
| TNM | 3 | 24−00340 | Shelor v. Change Healthcare Inc.  24-2371 DWF/DJF |
| TNM | 3 | 24−00345 | Therapy My Way et al v. Change Healthcare Inc. et al  24-cv-2372 DWF/DJF |
| TNM | 3 | 24−00349 | Nicholls et al v. Change Healthcare Inc. et al  24-cv-2373 DWF/DJF |
| TNM | 3 | 24−00370 | Through the Forest Counseling Inc. v. Change Healthcare Inc. et al  24-cv-2374 DWF/DJF |
| TNM | 3 | 24−00374 | Rowe v. Change Healthcare Inc. et al  24-cv-2375 DWF/DJF |
| TNM | 3 | 24−00384 | Fraker et al v. Change Healthcare Inc. et al  24-cv-2376 DWF/DJF |
| TNM | 3 | 24−00386 | Paula S. Gordy LISW, LLC v. Change Healthcare Inc.  24-cv-2377 DWF/DJF |
| TNM | 3 | 24−00387 | Sklar, DC v. Change Healthcare Inc.  24-cv-2378 DWF/DJF |
| TNM | 3 | 24−00392 | Weller v. Change Healthcare Inc.  24-cv-2380 DWF/DJF |
| TNM | 3 | 24−00420 | Eye Surgeons of Central New York, P.C. v. Change Healthcare Inc.  24-cv-2381 DWF/DJF |
| TNM | 3 | 24−00491 | Citrus City Family Counseling, Inc. v. Change Healthcare Inc.  24-cv-2382 DWF/DJF |
| TNM | 3 | 24−00499 | Santa Rosa Orthopaedic Medical Group, Incorporated v. Change Healthcare Inc. et al  24-cv-2383 DWF/DJF |
| TNM | 3 | 24−00552 | Renewed Hope Clinical Services, LLC et al v. Change Healthcare Inc.  24-cv-2384 DWF/DJF |
| TNM | 3 | 24−00556 | VIP Physicians Consulting LLC v. Change Healthcare Inc. et al  24-cv-2385 DWF/DJF |
| TNM | 3 | 24−00612 | Unity Medical Center Manchester et al v. UnitedHealth Group Incorporated et al  24-cv-2386 DWF/DJF |
| TNM | 3 | 24−00617 | Ferguson v. Change Healthcare Inc. et al  24-cv-2388 DWF/DJF |
| TNM | 3 | 24−00618 | Shillito et al v. Change Healthcare Inc. et al  24-cv-2389 DWF/DJF |
| TNM | 3 | 24−00619 | Humphreys v. Change Healthcare Inc. et al  24-cv-2390 DWF/DJF |
| TNM | 3 | 24−00661 | H. Lee Moffitt Cancer Center and Research Institute Hospital, Inc. v. UnitedHealth Group Incorporated et al  24-cv-2392 DWF/DJF |